## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Carol Anne Vicker                                    CHAPTER 7

               Debtor(s)

                                              BKY. NO. 22-21440 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                  Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
01 Aug 2022, 13:06:30, EDT

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)        ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com