# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Carol Anne Vicker**<br>Debtor(s) | **BK NO. 22-21440 GLT**<br><br>**Chapter 7** |
| **Freedom Mortgage Corporation**<br>Movant<br>vs. | **Related to document no. 19** |
| **Carol Anne Vicker**<br>Debtor(s) | |
| **Natalie Lutz Cardiello Esq.,**<br>**Trustee** | |

## CERTIFICATE OF SERVICE OF
## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 4, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Carol Anne Vicker
3030 Hillcrest Road
Bethel Park, PA 15102-1210

Attorney for Debtor(s)
Richard W. Schimizzi, Esq.
35 West Pittsburgh Street
Greensburg, PA 15601

Trustee
Natalie Lutz Cardiello Esq.
107 Huron Drive
Carnegie, PA 15106

Method of Service: electronic means or first class mail

Dated: October 4, 2022

/s/ **Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com