Certificate Number: 05781-PAW-DE-036927669

Bankruptcy Case Number: 22-21440



05781-PAW-DE-036927669

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2022, at 8:58 o'clock AM PDT, Carol Vicker completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 25, 2022                          By:     /s/Allison M Geving

                                                  Name:   Allison M Geving

                                                  Title:  President