**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-21440-GLT |
| | : | |
| CAROL ANNE VICKER | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CAROL ANNE VICKER | : | |
| | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**of**
**MOTION TO EXTEND THE TIME FOR OBJECTING TO DISCHARGE**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on <u>October 28, 2022</u>.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>first class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Brian Nicholas on behalf of Creditor FREEDOM MORTGAGE CORPORATION
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard W. Schimizzi on behalf of Debtor Carol Anne Vicker
rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

**Service by First Class Mail**

Carol Anne Vicker
3030 Hillcrest Road
Bethel Park, PA 15102

**EXECUTED ON:** October 28, 2022

                                              By:   */s/Natalie Lutz Cardiello*
                                                          Natalie Lutz Cardiello
                                                          PA ID# 51296
                                                          107 Huron Drive
                                                          Carnegie, PA 15106
                                                          ncardiello@cardiello-law.com
                                                          (412) 276-4043