# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-21440-GLT |
| | : | |
| CAROL ANNE VICKER | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CAROL ANNE VICKER | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
## Motion to Extend the Time for Objecting to Discharge

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Extend the Time for Objecting to Discharge** filed on October 28, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion to Extend the Time for Objecting to Discharge, objections to the Motion were to be filed and served no later than November 15, 2022.

It is hereby respectfully requested that the Order filed in connection with the Trustee's Motion to Extend the Time for Objecting to Discharge be entered by the Court.

Dated: November 16, 2022       By:    */s/Natalie Lutz Cardiello*
                                      Natalie Lutz Cardiello, Esquire
                                      PA I.D. #51296
                                      107 Huron Drive
                                      Carnegie, PA 15106
                                      ncardiello@cardiello-law.com
                                      (412) 276-4043