FILED
11/16/22 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-21440-GLT |
| | : | |
| CAROL ANNE VICKER | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | Related to Docket No. 25 |
| | : | |
| CAROL ANNE VICKER | : | |
| | : | |
| Respondent(s) | : | |

ORDER EXTENDING THE
TIME FOR OBJECTING TO DISCHARGE

AND NOW, this 16th Day of November, 2022, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the time for objecting to the discharge of the Debtor pursuant to 11 U.S.C. §523 and 727 and all other provisions of the Bankruptcy Code is extended to December 20, 2022, with opportunity for further extensions, if necessary.

Prepared by: Natalie Lutz Cardiello, Trustee

GREGORY L. TADDONIO    drb
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Carol Anne Vicker  
    Debtor

Case No. 22-21440-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Carol Anne Vicker, 3030 Hillcrest Rd, Bethel Park, PA 15102-1210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Debtor Carol Anne Vicker rws@schimizzilaw.com  mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |

TOTAL: 6